IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED MAY 16 2017

| KWAME MASSINA | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| LAWRENCE MAHALLY, et al. | : | NO. 16-2691 |

**ORDER**

AND NOW, this 16th day of May, 2017, upon consideration of the Petition for a Writ of Habeas Corpus, the Commonwealth's Response, the other documents filed by the parties, and after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**;

2. The Petition for a Writ of Habeas Corpus is **DISMISSED and DENIED**, without an evidentiary hearing; and

3. Petitioner has neither shown denial of a federal constitutional right, nor established that reasonable jurists would disagree with this court's procedural disposition of his claims. Consequently, a certificate of appealability is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
WENDY BEETLESTONE J.

ENTERED
MAY 17 2017
CLERK OF COURT